MARC S. CWIK
Nevada Bar No. 006946
ADAM J. PERNSTEINER
Nevada Bar No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
E-Mail: Marc.Cwik@lewisbrisbois.com
E-Mail: Adam.Pernsteiner@lewisbrisbois.com
*Attorneys for Defendants April Olson and
Rothstein, Donatelli, Hughes, Dahlstrom,
Schoenburg & Bienvenu, LLP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TURNER, an individual residing in the State of Nevada<br><br>Plaintiff,<br><br>vs.<br><br>APRIL OLSON, an individual residing in the State of Arizona; and ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP, a New Mexico limited liability partnership,<br><br>Defendants. | CASE NO. 2:15-CV-01172-RFB-PAL |

**STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO FILE A RESPONSE
TO PLAINTIFF'S COMPLAINT FOR DAMAGES [#1]
(Second Request)**

IT IS HEREBY STIPULATED between Plaintiff Jennifer Turner ("Plaintiff"), by and through her counsel of record, William E. Crockett, of the LAW OFFICES OF WILLIAM E. CROCKETT, and Defendants, APRIL OLSON and ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP ("Defendants"), by and through their counsel of record, Marc S. Cwik, Esq., and Adam J. Pernsteiner, Esq., of the law firm LEWIS

BRISBOIS BISGAARD & SMITH LLP, pursuant to LR 6-1, 6-2 and 7-1, that the time for Defendants to file a response to Plaintiff's Complaint for Damages [#1] on file herein is hereby extended up to and including August 25, 2015. This stipulation is entered to allow Defendants, who reside outside of Las Vegas, Nevada, to finalize their retention of counsel in the case moving forward.

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as a waiver of any claim or defense by any party.

DATED this 17 day of August 2015.

LAW OFFICES OF WILLIAM E. CROCKETT

*William Crockett* WM

WILLIAM E. CROCKETT
Nevada Bar No. 182
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89074
*Attorneys for Plaintiff*

DATED this 17 day of August 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP

MARC S. CWIK, ESQ.
Nevada Bar No. 006946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 007862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants April Olson and Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2015