MARC S. CWIK, (Nevada Bar No. 006946)
Marc.Cwik@lewisbrisbois.com
ADAM J. PERNSTEINER (Nevada Bar No. 007862)
Adam.Pernsteiner@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

KIRK B. LENHARD (Nevada Bar No. 1437)
Klenhard@bhfs.com
MITCHELL J. LANGBERG (Nevada Bar No. 10118)
MLangberg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys For Defendants,
APRIL OLSON, and ROTHSTEIN DONATELLI,
HUGHES, DAHLSTROM, SCHOENBURG
& BIENVENU, LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TURNER, an individual residing in the State of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>APRIL OLSON, an individual residing in the State of Arizona; and ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP, a New Mexico limited liability partnership,<br><br>Defendants. | CASE NO.: 2:15-cv-01172-RFB-PAL |

**STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO FILE A RESPONSE
TO PLAINTIFF'S COMPLAINT FOR DAMAGES [#1]
(Third Request)**

IT IS HEREBY STIPULATED between Plaintiff Jennifer Turner ("Plaintiff"), by and through her counsel of record, William E. Crockett, of the LAW OFFICES OF WILLIAM E.

1                                                                 2:15-CV-01172-RFP-PAL

CROCKETT, and Defendants, APRIL OLSON and ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP ("Defendants"), by and through their counsel of record, Marc S. Cwik, Esq., and Adam J. Pernsteiner, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, and Mitchell Langberg, Esq. of the law firm Brownstein Hyatt Farber & Schreck, LLP pursuant to LR 6-1, 6-2 and 7-1, that the time for Defendants to file a response to Plaintiff's Complaint for Damages [#1] on file herein is hereby extended up to and including September 4, 2015. This stipulation is entered because Defendants, who reside outside of Las Vegas, Nevada, finalized their selection of counsel on August 24, 2015, just a day before the existing deadline, and newly added counsel was unable to finalize the retention before this date and requires a brief extension to meaningfully participate in the response to the Complaint.

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as a waiver of any claim or defense by any party.

DATED this 26 day of August, 2015

LAW OFFICES OF WILLIAM E. CROCKETT

By: /s/ William Crockett
WILLIAM E. CROCKETT
Nevada Bar No. 182
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89074

*Attorney for Plaintiff*
*JENNIFER TURNER*

DATED this 26 day of August, 2015

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/
MARC S. CWIK, ESQ.
Nevada Bar No. 006946
ADAM J. PERNSTEINER
Nevada Bar No. 007862
6385 S. Rainbow Boulevard,
Suite 600
Las Vegas, Nevada 89118

*Attorneys For Defendants,*
*APRIL OLSON, and ROTHSTEIN*
*DONATELLI, HUGHES, DAHLSTROM,*
*SCHOENBURG & BIENVENU, LLP*

2    2:15-CV-01172-RFP-PAL
STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

1  DATED this 26th day of August, 2015

2  BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
   MITCHELL J. LANGBERG
   Nevada Bar No. 10118
   KIRK LENHARD
   Nevada Bar No. 1437
   100 North City Parkway, Suite 1600
   Las Vegas, Nevada  89106

*Attorneys For Defendants,*
*APRIL OLSON, and ROTHSTEIN*
*DONATELLI, HUGHES, DAHLSTROM,*
*SCHOENBURG & BIENVENU, LLP*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 28, 2015

---

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

3                                    2:15-CV-01172-RFP-PAL

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
310.500.4600