WILLIAM E. CROCKETT (NV Bar No. 182)
wec@weclaw.com
**LAW OFFICES OF WILLIAM E. CROCKETT**
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89074
Tel: (702) 318-7111
Fax: (702) 318-7101

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TURNER, an individual residing in the State of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>APRIL OLSON, an individual residing in the State of Arizona; and ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP, a New Mexico limited liability partnership,<br><br>Defendants. | Case No. 2:15-cv-01172-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DAMAGES [#1]**<br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Jennifer Turner (Plaintiff), by and through her counsel of record, William E. Crockett, of the LAW OFFICES OF WILLIAM E. CROCKETT, and Defendants, APRIL OLSON and ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP (Defendants), by and through their counsel of record, Marc S. Cwik, Esq., and Adam J. Pernsteiner, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, and Mitchell Langberg, Esq., of the law firm BROWNSTEIN HYATT FARBER & SCHRECK, LLP, pursuant to LR 6-1, 6-2, and 7-1, that the time for Plaintiff to respond to Defendants' Motion to Dismiss Plaintiff's Complaint for Damages [#1], filed on September 4, 2015, is hereby extended up to and including October 5,

1
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

2015. This stipulation is entered because counsel for Plaintiff is presently out of the country and will not return to the office until Monday, September 21, 2015, which is the current deadline for Plaintiff's response to the aforementioned Motion to Dismiss, and counsel for Plaintiff thus requires a brief extension to review and respond to the Motion.

DATED this 9th day of September 2015.

LAW OFFICES OF WILLIAM E. CROCKETT

*/s/ William Crockett*

WILLIAM E. CROCKETT
Nevada Bar No. 182
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89074
*Attorneys for Plaintiff*

DATED this 9th day of September 2015.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/*

MARC S. CWIK, ESQ.
Nevada Bar No. 6946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 89118
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants April Olson and Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP*

2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

DATED this 8th day of September 2015.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP


/s/ Mitchell J. Langberg
MITCHELL J. LANGBERG
Nevada Bar No. 10118
KIRK LENHARD
Nevada Bar No. 1437
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
*Attorneys for Defendants April Olson and Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP*

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 12th day of September, 2015.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of The Law Offices of William E. Crockett and that on this 9th day of September, 2015, I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** to be served via the **CM/ECF** filing system to all parties on the service list.

| | |
|---|---|
| Marc S. Cwik<br>Adam J. Pernsteiner<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118 | Kirk B. Lenhard<br>Mitchell J. Langberg<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Pkwy., Ste. 1600<br>Las Vegas, NV 89106 |

/s/ KRISTEN ANTILLON