WILLIAM E. CROCKETT
Nevada Bar No. 000182
wec@weclaw.com
**LAW OFFICES OF WILLIAM E. CROCKETT**
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Tel: 702.318.7111
Fax: 702.318.7101

Attorneys for Plaintiff
Jennifer Turner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TURNER, an individual residing in the State of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>APRIL OLSON, an individual residing in the State of Arizona; and ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP, a New Mexico limited liability partnership,<br><br>Defendants. | Case No. 2:15-cv-01172-RFB-PAL<br><br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 26 and District of Nevada Local Rule 26-1, Plaintiff hereby submits the following stipulated discovery plan and scheduling order.

The parties have met and conferred as required by FRCP 26(f). In light of the statutory stay on discovery pursuant to NRS 41.660(3)(e), the parties will submit a supplemental discovery plan within 14 days after the date on which the stay of discovery is lifted. This supplemental discovery plan shall include the deadlines required by LR 26-1(e). The parties shall also exchange FRCP 26(a)(1) initial disclosures within 14 days of the date on which the stay of discovery is lifted.

///

1 | DATED this 19th day of October 2015.

LAW OFFICES OF WILLIAM E. CROCKETT

/s/ William E. Crockett
WILLIAM E. CROCKETT
Nevada Bar No. 182
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89074
*Attorneys for Plaintiff*

DATED this 19th day of October 2015.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Marc S. Cwik
MARC S. CWIK, ESQ.
Nevada Bar No. 6946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 89118
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants April Olson and Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP*

DATED this 19th day of October 2015.
BROWNSTEIN HYATT FARBER SCHRECK, LLP



/s/ Mitchell J. Langberg
MITCHELL J. LANGBERG
Nevada Bar No. 10118
KIRK LENHARD
Nevada Bar No. 1437
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
*Attorneys for Defendants April Olson and Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2015

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of The Law Offices of William E. Crockett and that on this 19th day of October, 2015, I did cause a true and correct copy of the foregoing **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** to be served via the **CM/ECF** filing system to all parties on the service list.

| | |
|---|---|
| **Marc S. Cwik** | **Kirk B. Lenhard** |
| **Adam J. Pernsteiner** | **Mitchell J. Langberg** |
| **LEWIS BRISBOIS BISGAARD & SMITH, LLP** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| 6385 S. Rainbow Blvd., Ste. 600 | 100 North City Pkwy., Ste. 1600 |
| Las Vegas, NV 89118 | Las Vegas, NV 89106 |

      /s/ Kristen Antillon
KRISTEN ANTILLON