UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNIFER TURNER,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>APRIL OLSON, et al.<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01172-RFB-PAL<br><br>ORDER<br><br>Subst Atty – ECF No. 33 |

This matter is before the court on the Substitution of Attorneys (ECF No. 33) filed June 29, 2016. Timothy P. Elson of Gibbs, Giden, Locher, Turner, Senet & Wittbrodt, LLP seeks leave to be substituted in the place and stead of William E. Crockett for Plaintiff Jennifer Turner. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 33) is **APPROVED**.
2. Timothy P. Elson of Gibbs, Giden, Locher, Turner, Senet & Wittbrodt, LLP is substituted in the place of William E. Crockett for Plaintiff Jennifer Turner, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 5th day of July, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE