UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNIFER TURNER,<br><br>                 Plaintiff,<br>v.<br>APRIL OLSON, et al.,<br><br>                 Defendants. | Case No. 2:15-cv-01172-RFB-PAL<br><br>ORDER<br><br>(Emg Mot Quash – ECF No. 81) |

Before the court is Movant GCRC's Emergency Motion to Quash Subpoena Issued to Camille Nighthorse and for Protective Order (ECF Nos. 81, 83). The motion requests that a subpoena be quashed for a non-party deposition which is to be conducted December 5, 2016, at 10:00 a.m. Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Emergency Motion to Quash Subpoena (ECF No. 81) is **GRANTED.**
2. A temporary protective order is entered precluding the deposition of Camille Nighthorse from going forward on December 5, 2016, at 10:00 a.m.
3. The Honorable Judge Boulware will enter a separate order setting this matter for a hearing on the merits of the Emergency Motion for Protective Order (ECF No. 83).

DATED this 5th day of December, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1