1  Richard E. Haskin, Esq.
   Nevada State Bar # 11592
2  Timothy P. Elson, Esq.
   Nevada State Bar # 11559
3  **GIBBS GIDEN LOCHER TURNER
   SENET & WITTBRODT LLP**
4  1140 N. Town Center Drive, Suite 300
   Las Vegas, Nevada  89144-0596
5  (702) 836-9800

6  Attorneys for Plaintiff
   JENNIFER TURNER

7

8              IN THE UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10

11 | JENNIFER TURNER, an individual residing in the State of Nevada, | Case No.:   2:15-CV-01172-RFB-PAL

12

13 | Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**
   | v. |

14 | APRIL OLSON, an individual residing in the State of Arizona; and ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP, a New Mexico limited liability partnership,

15

16

17 | Defendants.

18

19         IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JENNIFER

20 TURNER and Defendants APRIL OLSON and ROTHSTEIN, DONATELLI,

21 HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP (collectively the

22 "Parties"), through their undersigned counsel, that this matter be dismissed in its entirety and

23 with prejudice, each party to bear their own attorneys' fees and costs.

24 ///

25 ///

26 ///

27 ///

28 ///

                                        1

1908782.1

There are no hearings currently scheduled before this Court or other matters on the docket that require this Court's attention.[1]

DATED: June 21, 2017

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP

By: /s/ Timothy P. Elson
Timothy P. Elson, Esq.
Nevada State Bar # 11559
1140 N. Town Center Dr., Ste. 300
Las Vegas, Nevada 89144
Attorneys for Plaintiff JENNIFER TURNER

DATED: June 21, 2017

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Mitchell J. Langberg
Kirk B. Lenhard, Esq.
Nevada State Bar # 1437
Mitchell J. Langberg, Esq.
Nevada State Bar # 10118
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Attorneys for Defendants APRIL OLSON;
ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG & BIENVENU,
LLP MENDEZ MEDIA MARKETING. INC.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2017

---

[1] While the parties mediated this matter on May 5, 2017, it took the parties time to finalize a settlement agreement and obtain the necessary approval regarding the same. The parties thank this Court for its patience while the parties undertook such actions.

2

1908782.1

# CERTIFICATE OF MAILING

The undersigned, an employee of the law firm of GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP, hereby certifies that on June 21, 2017, she served a copy of the foregoing **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** by electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk:

| | |
|---|---|
| Kirk B. Lenhard, Esq.<br>Mitchell J. Langberg, Esq.<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 | Attorneys for Defendants *APRIL OLSON; ROTHSTEIN, DONATELLI, HUGHES, DAHLSTROM, SCHOENBURG & BIENVENU, LLP*<br><br>Tel: (702) 382-2101<br>Fax: (702) 382-8135<br>Email: *klenhard@bhfs.com*<br>Email: *mlangberg@bhfs.com* |
| Christian Balducci, Esq.<br>MARQUIS AURBACH COFFING<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | Attorneys for Specially Appearing Non-Party **Hwal'bay Ba:j Enterprises, Inc. d/b/a Grand Canyon Resort Corporation**<br><br>Tel: (702) 382-0711<br>Fax: (702) 382-5816<br>Email: cbalducci@maclaw.com |

/s/ Shara Berry
An employee of
Gibbs Giden Locher Turner
Senet & Wittbrodt LLP

1908782.1

1